[No. 11171–3–II.   Division Two.   August 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LUI TUFU,
*Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 86–1–00127–1, James B. Sawyer II, J., entered June 8, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 11895–5–II.   Division Two.   August 24, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY W.
KITCHEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 88–1–00001–7, Gary W. Velie, J., entered April 8, 1988. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10304–4–II.   Division Two.   August 25, 1988.]

GARY SHULL, *as Personal Representative, Appellant,* v.
THE CITY OF VANCOUVER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–2–01839–1, John N. Skimas, J., entered August 15, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 20424–6–I.   Division One.   August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY
GEORGE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00843–2, Dennis J. Britt, J., entered May 15, 1987. *Dismissed* by unpublished per curiam opinion.